# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0842
L.T. Case No. 42-2023-CA-2309

_____

TERESA R. NEVAREZ and ROBERT
A. JOHNSON,

    Appellants,

    v.

NICHOLAS WILLIAM GRICE,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa Diane Herndon, Judge.

Teresa R. Nevarez, Augusta, GA, and Robert A. Johnson,
Muncie, IN, pro se.

No Appearance for Appellee.

September 30, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————